**DRAW PICTURES, aka Leonard Richman Myers II, Plaintiff— Appellant,**

v.

**TRANS UNION CONSUMER RELATIONS CORP.; et al., Defendants—Appellees.**

No. 03–16464.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 10, 2004.

Draw Pictures, aka Leonard Richman Myers II, Alameda, CA, pro se.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

MEMORANDUM **

Draw Pictures, aka Leonard Richman Myers II, appeals pro se the district court's order dismissing this action with

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

prejudice pursuant to 28 U.S.C. § 1915(e). We lack jurisdiction over this appeal because Appellant did not file a notice of appeal "within 30 days after the judgment or order appealed from is entered." Fed. R.App. P. 4(a)(1)(A). This time limit is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr. of Illinois*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978). Accordingly, we dismiss this appeal.

All pending motions are denied.

**DISMISSED.**

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the

